# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORTHEAST NATURAL ENERGY LLC,** | : | **Civil Action** |
| | : | **No.** __3:18-cv-97__ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **LARSON ENTERPRISES, INC., ALAN R. LARSON, JUDITH S. LARSON, ROGER L. LARSON, CATHY R. LARSON, DOUGLAS RYDBERG, MOUNTAIN VIEW CENTER, INC., KARI L. LARSON, JADA R. LARSON, ANDREW J. LARSON, KRISTI A. RYDBERG, a/k/a KRISTI A. GEDEON, EDWARD HOUSTON, CARLENE PEARCE-HOUSTON, MICHAEL RUDELLA, MARY ANN RUDELLA, RHCC, LLC, DOROTHY J. MILSPAW, ALDER RUN LAND, LP, ORRIN L. FRENCH and JEFFREY A. DALKE, as Trustees of the Schoonover Real Estate Trust, CATHERINE G. ANDERSON, as Trustee of the Catherine G. Anderson Trust, DAVID K. DAHLGREN, MARJORIE DAHLGREN, BONNIE LOU DAHLGREN PETERS and TERRY PETERS,** | : | |
| | : | |
| Defendants. | : | |

## COMPLAINT

Plaintiff Northeast Natural Energy LLC ("Northeast"), by its undersigned counsel, files this Complaint, averring as follows:

### JURISDICTION AND VENUE

1.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) because the

1

citizenship of each Defendant is different than the citizenship of the Plaintiff, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391 as the property that is the subject of the underlying action is located principally in Clearfield County, Pennsylvania.

## THE CLAIM

3. On February 27, 2017, Defendants submitted a Demand for Arbitration to the American Arbitration Association and International Centre for Dispute Resolution ("AAA"). A copy of said Demand for Arbitration (without exhibits) is attached hereto as Exhibit "A."

4. The hearing before the arbitration panel is presently scheduled to begin on August 20, 2018.

5. The Plaintiff wishes to take the testimony of several third-parties to this matter.

6. It is believed that the AAA lacks the jurisdiction to compel such parties' testimony.

7. Therefore, Plaintiff brings this action in order to obtain subpoenas sufficient to compel such third-party testimony.

8. Moreover, this action is necessary to record of record any judgment that should issue from the aforementioned arbitration, which the Plaintiff does not intend to waive by filing this complaint.

WHEREFORE, Plaintiff Northeast Natural Energy LLC respectfully requests that this action be initiated.

Respectfully submitted,

 /s/ Brian J. Pulito
Brian J. Pulito
PA I.D. #203952
Adam S. Ennis
PA I.D. #71999
Jon C. Beckman
PA I.D. #315956

STEPTOE & JOHNSON PLLC
201 Chestnut Street, Suite 200
Meadville, PA 16335
(814) 333-4900

*Counsel for Northeast Natural Energy LLC*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of May, 2018, a true and correct copy of the foregoing Complaint was served upon the undersigned via U.S. First Class Mail and Electronic Mail:

David A. Borkovic
Jones, Gregg, Creehan & Gerace LLP
411 Seventh Avenue, Suite 1200
Pittsburgh, PA  15219
dab@jgcg.com

*Counsel for Defendants in underlying AAA action*

 /s/ Brian J. Pulito
Brian J. Pulito
PA I.D. #203952
Adam S. Ennis
PA I.D. #71999
Jon C. Beckman
PA I.D. #315956

STEPTOE & JOHNSON PLLC
201 Chestnut Street, Suite 200
Meadville, PA 16335
(814) 333-4900

*Counsel for Northeast Natural Energy LLC*