IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHEAST NATURAL ENERGY LLC, | : |
| | : Civil Action No. 3:18-97 |
| Plaintiff | : |
| vs. | : |
| LARSON ENTERPRISES, INC., as Trustee of the Schoonover Real Estate Trust, et al., | : |
| Defendant | : |

## ORDER

AND NOW, this 24th day of May, 2019, upon plaintiff having failed to respond to this Court's Order dated March 19, 2019, IT IS HEREBY ORDERED that the above captioned matter is DISMISSED without prejudice pursuant to Fed.R.Civ.P 4(m) for failure of Plaintiff to make service on the Defendant within 120 days of the filing of the Complaint.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE